

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-19-2015

# Deborah Hansler v. Lehigh Valley Hospital Network

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Deborah Hansler v. Lehigh Valley Hospital Network" (2015). *2015 Decisions.* Paper 889.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/889

This August is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 14-1772

———————

DEBORAH HANSLER,
                                        Appellant
                        v.

LEHIGH VALLEY HOSPITAL NETWORK

———————————————

(E. D. Pa. No. 5-13-cv-03924)

———————

SUR PETITION FOR PANEL REHEARING

———————

Present:  AMBRO, FUENTES, and ROTH, Circuit Judges


        The petition for rehearing filed by appellee Lehigh Valley Hospital

Network  in the above-entitled case having been submitted to the judges who participated

in the decision of this Court, it is hereby  O R D E R E D that the petition for rehearing

by the panel is granted.  The opinion and judgment entered June 22, 2015 are hereby

V A C A T E D.[1]  A subsequent opinion and judgment will be issued.

                        BY THE COURT,

                        s/ Julio M. Fuentes
                        Circuit Judge

———————————

[1] As the merits panel has vacated the prior opinion and judgment, action is not required
by the en banc court.

Dated: August 19, 2015
CJG/cc:     Andrea M. Kirshenbaum, Esq.
             A. James Johnston, Esq.
             Karyn Dobroskey Rienzi, Esq.
             Darren M. Creasy, Esq.
             Samuel A. Dion, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk